| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Claude T Lemond** | Social Security number or ITIN | **xxx–xx–1325** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **1/25/19** |
| Case number: | **19–02215** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Claude T Lemond | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 519 Franklin St.<br>Waukegan, IL 60085 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 1/28/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 4, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**301 Greenleaf Avenue, Courtroom B, Park City, IL 60085** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/3/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/5/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/24/19** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/12/19** at **11:00 AM** , Location: **301 Greenleaf Avenue, Courtroom B, Park City, IL 60085**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4,000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                            Case No. 19-02215-ABG
Claude T Lemond                                                   Chapter 13
          Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-1         User: vgossett             Page 1 of 2      Date Rcvd: Jan 28, 2019
                             Form ID: 309I              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db             +Claude T Lemond,    519 Franklin St.,   Waukegan, IL 60085-3929
tr             +Glenn B Stearns,    801 Warrenville Road Suite 650,   Lisle, IL 60532-4350
27481069       +Chicago Parking Tickets,   City of Chicago Dept. Of finance,   P.O. Box 6289,
                 Chicago, IL 60680-6208
27481071       +ComEd Customer Care,    P.O. Box 805379,   Chicago, IL 60680-4179
27481072       +Credit Cube,    P.O. Box 133,   Finley, CA 95435-0133
27481075      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Attn: Bankruptcy,   35 Fountain Square Plaza,
                 Cincinnati, OH 45263)
27481078      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0291
                (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,   Po Box 19035,
                 Springfield, IL 62794)
27481077       +Illinois Child Support,    Mail Response Unit,   Po Box 19405,   Springfield, IL 62794-9405
27481079       +Illinois Tollway,    P.O. Box 5382,   Chicago, IL 60680-5382
27481080       +Inbox Loan,    P.O. Box 881,   Santa Rosa, CA 95402-0881
27481085       +Kentucky Tollway,    400 East Main Street,   Suite 102,   Louisville, KY 40202-7108
27481086       +Marchuentte Dotson,    7524 N Seeley Ave,   Chicago, IL 60645-2137
27481090        North shore gas,    Attn: Customer Service,   200 E. Randolph,   Chicago, IL 60601-6302
27481091        Northshore Hospital,    Billing Department,   23056 Network Place,   Chicago, IL 60673-1230
27481092       +OSLA/Dept of Ed,    Attn: Bankruptcy,   Po Box 18475,   Oklahoma City, OK 73154-0475
27481093       +PNC,   Attn: Bankruptcy,    P.O. Box 94982,   M/S Br-Yb58-01-5,   Cleveland, OH 44101-4982
27481094       +Skokie Parking Tickets,    Box 264,   5127 Oakton St,   Skokie, IL 60077-3633
27481095       +Source Receivables Mgmy, Llc,    Attn: Bankruptcy Dept,   Po Box 4068,
                 Greensboro, NC 27404-4068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cutlerfilings@gmail.com Jan 29 2019 01:42:34      David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,   Skokie, IL  60076
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 29 2019 01:43:37      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
27481064       +EDI: ATTWIREBK.COM Jan 29 2019 06:23:00      AT&T,   Bankruptcy,   4331 Communications Drive,
                 Flr 4W,   Dallas, TX 75211-1300
27481063       +E-mail/Text: cashnotices@gmail.com Jan 29 2019 01:44:52      Americash Loans,   Att: Bankruptcy,
                 1801 Dempster Street,    Evanston, IL 60201-4026
27481065        EDI: BANKAMER.COM Jan 29 2019 06:28:00      Bank of America,   P.O. Box 31785,
                 Fresno, FL 33631-3785
27481066       +EDI: CAPITALONE.COM Jan 29 2019 06:28:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
27481068       +EDI: CHASE.COM Jan 29 2019 06:28:00      Chase Bank,   P.O. Box 15299,
                 Wilmington, DE 19850-5299
27481070       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 29 2019 01:44:35
                 Comcast Cable Communications, LLC,    Attn: Legal Department,   One Comcast Drive,
                 Philadelphia, PA 19103-2833
27481073       +EDI: CMIGROUP.COM Jan 29 2019 06:23:00      Credit Management, LP,   Attn: Bankruptcy,
                 Po Box 118288,   Carrollton, TX 75011-8288
27481074       +EDI: DIRECTV.COM Jan 29 2019 06:23:00      Direct Tv,   P.O. Box 5007,
                 Carol Stream, IL 60197-5007
27481076       +E-mail/Text: bankruptcy@flagshipcredit.com Jan 29 2019 01:44:11      Flagship Credit Acceptance,
                 Po Box 965,   Chadds Ford, PA 19317-0643
27481081       +EDI: PHINGENESIS Jan 29 2019 06:23:00      Indigo Credit Card,   Genesis FS Card Services,
                 P.O. Box 4477,   Beaverton, OR 97076-4401
27481082        EDI: IRS.COM Jan 29 2019 06:28:00      Internal Revenue Service,
                 c/o Centralized Insolvency Operatio,    Post Office Box 7346,   Philadelphia, PA 19101-7346
27481084       +E-mail/Text: BKRMailOPS@weltman.com Jan 29 2019 01:43:21      Kay Jewelers,   P.O. Box 740425,
                 Cincinnati, OH 45274-0425
27481088       +EDI: MID8.COM Jan 29 2019 06:28:00      Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
27481089       +E-mail/Text: bankrup@aglresources.com Jan 29 2019 01:42:49      Nicor,   Attn: Bankruptcy,
                 P.O. Box 190,   Aurora, IL 60507-0190
27481096        EDI: NEXTEL.COM Jan 29 2019 06:28:00      Sprint,   Attn: Bankruptcy,   6391 Sprint Parkway,
                 Overland Park, KS 66251
27481083       +E-mail/Text: cashnotices@gmail.com Jan 29 2019 01:44:52      iSpeedy Loans,   Att: Bankruptcy,
                 PO Box 184,   Des Plaines, IL 60016-0003
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27481087        Marchunette Dotson,    c/o
```

```
District/off: 0752-1          User: vgossett              Page 2 of 2                   Date Rcvd: Jan 28, 2019
                              Form ID: 309I               Total Noticed: 36

27481067*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Claude T Lemond cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Glenn B Stearns    stearns_g@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```