**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 13** |
| | ) | |
| **Claude T. Lemond,** | ) | **Case No. 19-02215** |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |
| | ) | **Lake County** |

**NOTICE OF MOTION**

TO:   Office of Glenn Stearns, Chapter 13 Trustee (via Electronic Court Notice)
       See attached service list

PLEASE TAKE NOTICE that on November 15, 2019 at 9:30 am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge A. Benjamin Goldgar, or any Judge sitting in his stead, at the Park City Branch Court, Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois and then and there present the attached Motion to Allow Late-Filed Claim at which time you may appear if you so deem fit.

        /s/ David H. Cutler

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice and on the remaining person(s) and/or firm(s) on the attached service list via first class U.S. Mail on October 9, 2019.

        /s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Americash Loans
Att: Bankruptcy
1801 Dempster Street
Evanston, IL 60201

Direct TV
P.O. Box 5007
Carol Stream, IL 60197

Kay Jewelers
P.O. Box 740425
Cincinnati, OH 45274

AT&T
Bankruptcy
4331 Communications Drive
Flr 4W
Dallas, TX 75211

Fifth Third Bank
Attn: Bankruptcy
35 Fountain Square Plaza
Cincinnati, OH 45263

Kentucky Tollway
400 East Main Street
Suite 102
Louisville, KY 40202

Bank of America
P.O. Box 31785
Fresno, FL 33631-3785

Flagship Credit Acceptance
Po Box 965
Chadds Ford, PA 19317

Marchuentte Dotson
7524 N Seeley Ave
Chicago, IL 60645

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Illinois Child Support
Mail Response Unit
Po Box 19405
Springfield, IL 62794

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Chase Bank
P.O. Box 15299
Wilmington, DE 19850

Illinois Department of Revenue
Bankruptcy Section
Po Box 19035
Springfield, IL 62794

Nicor
Attn: Bankruptcy
P.O. Box 190
Aurora, IL 60507

Chicago Parking Tickets
City of Chicago Dept. Of finance
P.O. Box 6289
Chicago, IL 60680-6289

Illinois Tollway
P.O. Box 5382
Chicago, IL 60628

North shore gas
Attn: Customer Service
200 E. Randolph
Chicago, IL 60601-6302

Comcast Cable Communications, LLC
Attn: Legal Department
One Comcast Drive
Philadelphia, PA 19103-2838

Inbox Loan
P.O. Box 881
Santa Rosa, CA 95402

Northshore Hospital
Billing Department
23056 Network Place
Chicago, IL 60673-1230

ComEd Customer Care
P.O. Box 805379
Chicago, IL 60680-5379

Indigo Credit Card
Genesis FS Card Services
P.O. Box 4477
Beaverton, OR 97076-4477

OSLA/Dept of Ed
Attn: Bankruptcy
Po Box 18475
Oklahoma City, OK 73154

Credit Cube
P.O. Box 133
Finley, CA 95435

Internal Revenue Service
c/o Centralized Insolvency Operatio
Post Office Box 7346
Philadelphia, PA 19101-7346

PNC
Attn: Bankruptcy
P.O. Box 94982
M/S Br-Yb58-01-5
Cleveland, OH 44101

Credit Management, LP
Attn: Bankruptcy
Po Box 118288
Carrollton, TX 75011

iSpeedy Loans
Att: Bankruptcy
PO Box 184
Des Plaines, IL 60016

Skokie Parking Tickets
Box 264
5127 Oakton St
Skokie, IL 60077

Source  Receivables  Mgmy,  Llc
Attn:  Bankruptcy  Dept
Po  Box  4068
Greensboro, NC 27404


Sprint
Attn:  Bankruptcy
6391  Sprint  Parkway
Overland Park, KS 66251

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 13** |
| | ) | |
| **Claude T. Lemond,** | ) | **Case No. 19-02215** |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |
| | ) | **Lake County** |

**MOTION TO ALLOW LATE-FILED CLAIM**

NOW COMES Claude Lemond, by and through his attorneys, Cutler & Associates, Ltd.,

and in support of his Motion to Allow Late-Filed Claim, states and alleges as follows:

1.     The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on

January 25, 2019.

2.     The Debtor's Chapter 13 Plan was confirmed on May 30, 2019

3.     At the time the case was filed, the Debtor owed a domestic support obligation in the

amount of $2,788.00 through the Illinois Department of Healthcare and Family Services

("IDHFS). The confirmed plan provides for full payment of this claim

4.     The last date to file claims for governmental agencies in the instant case was July 24,

2019.

5.     IDHFS did not file a Proof of Claim by the deadline.

6.     Therefore, the Debtor filed a Proof of Claim on behalf of IDHFS on October 8, 2019. A

copy of the filed Claim is marked as Exhibit A and is attached hereto.

7.     The Debtor asks that the late-filed claim be allowed.

WHEREFORE, the Debtor, Claude Lemond, prays for the following relief:

   A.  That this Court enter an order allowing the late-filed claim Illinois Department of

       Healthcare and Family Services and that said claim be deemed allowed; and

B.  For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: October 9, 2019

By: _____ /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600