UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-02215
Claude Lemond )
 )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )  Lake County
Debtor(s) )

ORDER ALLOWING ~~LATE-FILED~~ CLAIM [DEBTOR TO FILE] [ON BEHALF OF CREDITOR]

THIS MATTER coming on to be heard on the Debtor's the Motion to Allow the Late-Filed Claim of Illinois Department of Healthcare and Family Services, the Court being fully advised in the premises, IT IS HEREBY ORDERED that ~~the Claim filed by~~ the Debtor on behalf of Illinois Department of Healthcare and Family Services ~~is hereby deemed timely filed~~ has leave to file a late claim.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: 10 JAN 2020

**Prepared by:**
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko